UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JEFF E TOWNSEND JR ET AL** | **CASE NO. 2:22-CV-04442** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **STATE FARM FIRE & CASUALTY CO** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**ORDER**

Before the Court is a "Motion to Certify Judgment for Immediate Appeal" (Doc. 27), wherein counsel for Plaintiff moves to appeal this Court's Order[1] denying Plaintiff's Motion to Compel Discovery pursuant to 28 U.S.C. § 1292(b). The Court is not inclined to grant Plaintiff's request as there is not a controlling question of law as to which there is substantial ground for a difference of opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Certify Judgment for Immediate Appeal" (Doc. 27) is **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 12th day of December, 2023.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**

---

[1] Doc. 26.